UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>Jeremias Batista,<br><br>Debtor.<br><br>In re:<br><br>ANDREW R. VARA,<br>United States Trustee, Regions 3 and 9,<br><br>Plaintiff,<br>v.<br><br>Jeremias Batista,<br>Defendant. | Misc. Proc. No. 22-00101 MBK<br><br>The Honorable Michael B. Kaplan, Chief, U.S.B.J<br><br>Hearing Date: December 15, 2022 at 10:00 a.m. |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER COMPELLING JEREMIAS BATISTA TO PRODUCE DOCUMENTS AND/OR ADDITIONAL RESPONSES TO INTERROGATORIES**

TO:    ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the United States Trustee, by and through counsel, shall move before The Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge, on **December 15, 2022, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, for an Order

compelling Defendant, Jeremias Batista, to produce documents and/or additional responses to interrogatories and for such further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven (7) days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If no opposing papers are filed and served within the required time, the Motion shall be decided on the papers pursuant to D.N.J. LBR 9013-3(d) and an Order may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


By: */s/Maggie McGee*
     Maggie McGee
     Trial Attorney

DATED: November 23, 2022