UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re<br><br>Jeremias Batista,<br><br>Debtor. | : : : : : : : | |
| In re:<br><br>ANDREW R. VARA,<br>United States Trustee, Regions 3 and 9,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Jeremias Batista,<br>　　　　　　　Defendant. | : : : : : : : : : : : : : : | Misc. Proc. No. 22-00101 MBK<br><br>The Honorable Michael B. Kaplan, Chief, U.S.B.J<br><br>Hearing Date: December 15, 2022 at 10:00 a.m. |

**ORDER COMPELLING JEREMIAS BATISTA TO PRODUCE DOCUMENTS AND/OR ADDITIONAL RESPONSES TO INTERROGATORIES**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**(Page 2)**
Defendant: Jeremias Batista
Misc. Proc. No. 22-00101 MBK
**Order Compelling Jeremias Batista to Produce Documents and/or Additional Responses To Interrogatories**

---

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order Compelling Jeremias Batista to produce documents and/or additional responses to interrogatories and notice of the motion having been given to the Defendant and Defendant's Counsel, and the Court having found cause for the entry of the within order, it is hereby:

**ORDERED** that the motion of the United States Trustee is hereby **GRANTED**; and it is further

**ORDERED** that the Defendant shall produce the requested documents by no later than one week after the entry of this order.