UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 and 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ : | | |
| In re | : | |
| | : | |
| Jeremias Batista, | : | |
| | : | |
| Debtor. | : | |
| _____ : | | |
| In re: | : | |
| | : | |
| ANDREW R. VARA, | : | |
| United States Trustee, Regions 3 and | : | Misc. Proc. No. 22-00101 MBK |
| 9, | : | |
| | : | The Honorable Michael B. Kaplan, Chief, U.S.B.J |
|              Plaintiff, | : | |
| v. | : | Hearing Date: December 15, 2022 at 10:00 a.m. |
| | : | |
| Jeremias Batista, | : | |
|              Defendant. | : | |
| _____ | : | |

**CERTIFICATION OF SERVICE**

1.        I, Tina Oppelt:

        ☒  am the paralegal for <u>Maggie McGee, Trial Attorney</u>, who represents the <u>United States Trustee</u> in this matter.

2.        On <u>November 23, 2022</u>, I caused to be served via BMC a copy of the following pleadings and/or documents to the parties listed in the chart below.

        MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER COMPELLING JEREMIAS BATISTA TO PRODUCE DOCUMENTS AND/OR ADDITIONAL RESPONSES TO INTERROGATORIES AND SUPPORTING DOCUMENTS

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


                                        */s/ Tina Oppelt*
                                        Tina Oppelt, Paralegal

Dated 11/23/22

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeremias E Batista<br>Law Offices of Jeremias E. Batista, LLC<br>1373 Broad Street<br>Suite 200A<br>Clifton, NJ 0701 | Debtor/Defendant | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other: _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Joseph E. Cotterman<br>5323 West Oraibi Drive<br>Glendale, AZ 85308 | Defendant's Counsel | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other: _____<br><br>(As authorized by the court or by rule. Cite the rule if applicable) |